UNITED STEELWORKERS OF AMERICA AND ITS LOCALS 1277, 2716, AND 2924, PLAINTIFFS *v.* U.S. SECRETARY OF LABOR, DEFENDANT

Court No. 92–09–00644

(Dated September 1, 1993)

ORDER

MUSGRAVE, *Judge:* Upon consideration of the *Notice of Negative Determination on Remand,* Crucible Specialty Metals Corporation, Syracuse, New York, submitted to the Court with the Supplemental Administrative Record obtained on remand in this case, and plaintiffs' letter of August 17, 1993 stating that plaintiffs have no objection to the determination, it is hereby

ORDERED, ADJUDGED AND DECREED that the determination announced in the *Notice of Negative Determination on Remand,* Crucible Specialty Metals Corporation, Syracuse, New York, is affirmed, and this case is dismissed.